PROB 12B
(7/93)

# United States District Court
## for the
## Southern District of Georgia
## Brunswick Division

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**

*(Probation Form 49, Waiver of Hearing is Attached)*



| | |
|---|---|
| Name of Offender: **DEMERY, Larry Darnell** | Case Number: CR298-00013-002 |

Name of Sentencing Judicial Officer:   Honorable Anthony A. Alaimo
                                        Judge, U.S. District Court

Date of Original Sentence:   July 14, 1998

Original Offense:   Bank robbery

Original Sentence:   108 months imprisonment to be followed by 5 years supervised release; $33,428.80 restitution, and $100

Type of Supervision:   Supervised release

Date Supervision Commenced:   June 14, 2005

Assistant U.S. Attorney:   William H McAbee II

Defense Attorney:   Patrick C. Kaufman

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for  years, for a total term of  years.
[X]   To modify the conditions of supervision as follows:

The defendant shall participate in a program of treatment for drug and alcohol abuse.

## CAUSE

As a condition of his supervised release, the offender shall no commit another federal, state or local crime. On December 22, 2005, the offender was stopped for a traffic violation, driving without his headlights on one-half hour before dusk, by a City of Brunswick police officer. The officer detecting the odor of alcohol being emitted from Demery and administered a breathalyser which revealed that the offender had a blood/alcohol level of .94. Demery was arrested and taken to the Glynn County Detention Center.

Prob 12B            Request for Modifying the Conditions or Term of Supervision

Re: DEMERY, Larry Darnell
Case Number: CR298-00013-002
Page 2

---

While the offender was being booked and searched by the booking guard at the Glynn County Detention Center, a small plastic bag containing marihuana was found in the offender's wallet.

Respectfully submitted,

by _____
Philip J. Lyons
U.S. Probation Officer
Date:

Reviewed by:
_____
Barry Bargainnier
Supervisory U. S. Probation Officer

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Judge, U.S. District Court

_1-12-06_____
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## Brunswick Division

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in a program of treatment for drug and alcohol abuse.

Witness: _____   Signed: X _____
U.S. Probation Officer                       Probationer or Supervised Releasee

1-13-06
DATE